█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JETSON WILSON, Appellant. [817 NYS2d 522]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered June 1, 2005, convicting him of criminal sexual act in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Florio, J.P., Santucci, Mastro, Rivera and Covello, JJ., concur.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND WYNTER, Appellant. [817 NYS2d 522]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ferdinand, J.), rendered June 22, 2004, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Miller, J.P., Ritter, Luciano, Spolzino and Dillon, JJ., concur.